IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANJELICA PIERSON                                                                          PLAINTIFF

v.                                                                 CAUSE NO. 1:17-cv-00257-LG-RHW

STARR INDEMNITY & LIABILITY COMPANY;
STARR ADJUSTMENT SERVICES, INC.;
PHILLIPS AND ASSOCIATES, INCORPORATED
a/k/a PHILLIPS & ASSOCIATES, INC.;
AND JOHN OR JANE DOES 1-5                                                           DEFENDANTS

**AGREED ORDER OF DISMISSAL, WITHOUT PREJUDICE,
AS TO DEFENDANTS, STARR ADJUSTMENT SERVICES, INC. AND
PHILLIPS AND ASSOCIATES, INCORPORATED A/K/A
PHILLIPS & ASSOCIATES, INC.**

This Court finds that the Joint Motion [9] for Voluntary Dismissal, Without Prejudice, of Plaintiff, Anjelica Pierson's, claims against Defendants, Starr Adjustment Services, Inc. ("Starr Adjustment") and Phillips and Associates, Incorporated a/k/a Phillips & Associates, Inc. ("Phillips and Associates"), should be and is hereby granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's claims against Starr Adjustment and Phillips and Associates are hereby dismissed, without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 20th day of November, 2017.

                                                                           s/ *Louis Guirola, Jr.*
                                                                            Louis Guirola, Jr.
                                                                            United States District Judge

AGREED:


*Douglas L. Tynes, Jr.*
Douglas L. Tynes, Jr. (MSB #101921)
James "Lee" Farragut, III (MSB #39567)
*Counsel for Plaintiff*


*Joseph W. Gill*
Edward J. Currie, Jr. (MSB #5546)
William H. Creel, Jr. (MSB #8673)
Joseph W. Gill (MSB #102606)
Currie Johnson & Myers, P.A.
*Counsel for Defendants*